UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-2725 ABC (FFMx) | Date | September 24, 2012 |
|---|---|---|---|
| Title | The Ray Charles Foundation -vs- Raenee Robinson, et al. | | |

| Present: The Honorable | **AUDREY B. COLLINS, UNITED STATES DISTRICT JUDGE** | | |
|---|---|---|---|
| Angela Bridges | Katherine Stride | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Rex Glensy<br>Yakub Hazzard | Mark Toberoff<br>David Harris |

**Proceedings:** **MOTION TO STRIKE PLAINTIFF'S STATE-LAW CAUSES OF ACTION PURSUANT TO CALIFORNIA ANTI-SLAPP LAW [DOCUMENT 15]; MOT TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED.R. CIV.P 12(B)(1) AND (6) [DOCUMENT 16]**

Case called.  Counsel makes appearances.  Tentative given. Oral arguments heard by counsel. The Court having heard from counsel, concludes that the matter stands submitted.  All arguments will be considered before ruling.  The Court will not make a ruling on the motions at this time.

**IT IS SO ORDERED**.

                                                                                             :   58

Initials of Preparer    AB