Marc Toberoff (State Bar No. 188547)
 *mtoberoff@toberoffandassociates.com*
Keith G. Adams (State Bar No. 240497)
 *kadams@toberoffandassocaites.com*
Pablo D. Arredondo (State Bar No. 241142)
 *parredondo@toberoffandassociates.com*
David Harris (State Bar No. 255557)
 *dharris@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
22337 Pacific Coast Highway #348
Malibu, California, 90265
Telephone:  (310) 246-3333
Facsimile:   (310) 246-3101

Attorneys for Defendants,
*Raenee Robinson, Ray Charles Robinson, Jr., Sheila Robinson, David Robinson, Robert F. Robinson, Reatha Butler, and Robyn Moffett*

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RAY CHARLES RCF, a California Corporation,<br><br>                    Plaintiff,<br>       vs.<br><br>RAENEE ROBINSON, an individual; RAY CHARLES ROBINSON, JR., an individual; SHEILA ROBINSON, an individual; DAVID ROBINSON, an individual; ROBERT F. ROBINSON, an individual; REATHA BUTLER, an individual; and ROBYN MOFFETT, an individual,<br><br>                    Defendants. | Case No: 12-CV-02725 ABC (FFMx)<br><br>Hon. Audrey B. Collins<br><br>[~~PROPOSED~~] JUDGMENT |

NOTE: CHANGES MADE BY THE COURT

[PROPOSED] JUDGMENT

# JUDGMENT

Based on this Court's Order Re: Defendants' Motion To Strike And Motion To Dismiss dated January 25, 2013, and entered January 28, 2013 (Docket No. 41):

IT IS ORDERED AND ADJUDGED that plaintiff The Ray Charles Foundation's ("RCF") First Claim for Relief is DISMISSED pursuant to Fed. R. Civ. P. 12(b)(1) because RCF lacks standing, as set forth in the Court's January 25, 2013 order.

IT IS FURTHER ORDERED AND ADJUDGED that RCF's Second Claim for Relief is STRUCK pursuant to California's anti-SLAPP statute, Cal. Code Civ. P. § 425.16, because RCF's claim is based on activity protected under the statute, and RCF has no reasonable probability of prevailing on this claim, as set forth in the Court's January 25, 2013 order.

IT IS FURTHER ORDERED AND ADJUDGED that RCF's Third Claim for Relief is STRUCK pursuant to California's anti-SLAPP statute, Cal. Code Civ. P. § 425.16, because RCF's claim is based on activity protected under the statute and RCF has no reasonable probability of prevailing on this claim, as set forth in the Court's January 25, 2013 order.

IT IS FURTHER ORDERED AND ADJUDGED that Defendants are **entitled to** their attorney's fees pursuant to California's anti-SLAPP statute, Cal. Code Civ. P. § 425.16(c).

IT IS FURTHER ORDERED AND ADJUDGED that because all of the flaws identified with RCF's First, Second and Third Claims for Relief are legal, any amendment would be futile and leave to amend is DENIED.

IT IS SO ORDERED.

Dated: February 11, 2013

_____
Honorable Audrey B. Collins
United States District Judge