Yakub Hazzard (State Bar No. 150242)
YHazzard@rkmc.com
Daniel G. Stone (State Bar No. 265397)
DGStone@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East
Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310-552-0130
Facsimile: 310-229-5800

Attorneys for Plaintiff
THE RAY CHARLES FOUNDATION

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

THE RAY CHARLES FOUNDATION, a California Corporation,

Plaintiff,

v.

RAENEE ROBINSON, an individual; RAY CHARLES ROBINSON, JR., an individual; SHEILA ROBINSON, an individual; DAVID ROBINSON, an individual; ROBERT F. ROBINSON, an individual; REATHA BUTLER; an individual; and ROBYN MOFFETT, an individual,

Defendants.

Case No. 12-CV-02725 ABC (FFMx)

**NOTICE OF APPEAL**

Notice is hereby given that The Ray Charles Foundation, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on February 11, 2013 (Dkt. 47), and all interlocutory rulings and orders encompassed by that judgment. This notice is timely filed within 30 days of the judgment pursuant to Fed. R. App. P. 4(a)(1)(A).

Respectfully submitted,

DATED: March 11, 2013

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ Yakub Hazzard
Yakub Hazzard
Daniel G. Stone
Attorneys for The Ray Charles Foundation

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES