AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
DANIEL G. STONE (SBN 265397)
DStone@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Plaintiff and Counter-Claim
Defendant THE RAY CHARLES
FOUNDATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RAY CHARLES FOUNDATION, a California Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>RAENEE ROBINSON, an individual; RAY CHARLES ROBINSON, JR., an individual; SHEILA ROBINSON, an individual; DAVID ROBINSON, an individual; ROBERT F. ROBINSON, an individual; REATHA BUTLER; and individual; and ROBYN MOFFETT; an individual,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 12CV02725 RSWL (FFMx)<br><br>*Assigned To: Hon. Ronald S.W. Lew*<br><br>**STIPULATED NOTICE OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br><br>Date of Filing: March 29, 2012<br>Trial Date: May 2, 2017 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by and between Plaintiff and Counterclaim Defendant The Ray Charles Foundation ("Foundation") and Defendants and Counterclaimants Raenee Robinson, Ray Charles Robinson, Jr., Sheila Robinson, David Robinson, Synthia Robinson, Robert F. Robinson, Reatha Butler, and Robyn Moffett (collectively, "Defendants") (the Foundation and Defendants are collectively referred to as the "Parties"), by and through their respective counsel, as follows:

The Foundation hereby dismisses with prejudice all of its claims in the above-entitled action. Defendants hereby dismiss with prejudice their counterclaim in the above-entitled action due to the fact that there is no longer an actual controversy with the Foundation, and Defendants' intention is therefore that the dismissal be with prejudice as to the Foundation, but not with prejudice as to disputes, if any, with third parties regarding the statutory notices of termination under the Copyright Act at issue in this action.

Each Party shall bear its, his or her own fees and costs.

DATED: April 19, 2017    GREENBERG GLUSKER FIELDS
                         CLAMAN & MACHTINGER LLP


                         By:/s/ Daniel G. Stone
                            Daniel G. Stone (SBN 265397)
                            Attorneys for Plaintiff
                            The Ray Charles Foundation

DATED: April 19, 2017    TOBEROFF & ASSOCIATES, PC


                         By:/s/ Marc Toberoff
                            MARC TOBEROFF (SBN 188547)
                            Attorneys for Defendants

1    NOTICE OF STIPULATED DISMISSAL

73513-00002/2784896.3

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.